## FOURTH DISTRICT.

The People of the State of Illinois, defendant in error, **v. Joe Morese**, plaintiff in error.

Prosecution for violation of liquor law.   Defendant convicted. Error to the County Court of Franklin county; the Hon. S. M. Ward, Judge, presiding.   Heard in this court at the October term, 1924. Affirmed.   Opinion filed December 2, 1924.

R. E. Hickman and H. E. Morgan, for plaintiff in error.   Roy C. Martin, State's Attorney, for defendant in error.

Mr. Justice Barry delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, **v. John Arondelli**, plaintiff in error.

Prosecution for violation of the liquor law.   Defendant convicted. Error to the County Court of Franklin county; the Hon. W. Joe Hill, Judge, presiding.   Heard in this court at the October term, 1924.   Affirmed.   Opinion filed December 2, 1924.

R. E. Hickman and H. E. Morgan, for plaintiff in error.   Roy C. Martin, State's Attorney, for defendant in error.

Mr. Justice Barry delivered the opinion of the court.

---

**J. N. Sloan**, appellee, v. **J. E. Vail**, appellant.

Action in replevin.   Judgment for defendant.   Appeal from the the Circuit Court of Effingham county; the Hon. W. B. Wright, Judge, presiding.   Heard in this court at the October term, 1924. Affirmed.   Opinion filed December 2, 1924.

Jacob Zimmerman and Byron Piper, for appellant.   Parker & Bauer, for appellee.

Mr. Justice Barry delivered the opinion of the court.

---

**George M. Quick**, appellee, v. **S. M. Hester et al.**, appellants.

Action to recover damages for assault.   Judgment for plaintiff. Appeal from the Circuit Court of Clinton county; the Hon. Thomas M. Jett, Judge, presiding.   Heard in this court at the October term, 1924.   Affirmed.   Opinion filed December 8, 1924.

Noleman, Smith & Dallstream, for appellants.   W. G. Wilson and A. O. Niehoff, for appellee.

Mr. Justice Boggs delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, **v. Mattie Knight**, plaintiff in error.

Prosecution for keeping disorderly house.   Defendant convicted. Error to the County Court of Perry county; the Hon. J. G. Van Keuren, Judge, presiding.   Heard in this court at the October term, 1924.   Reversed and remanded.   Opinion filed February 9, 1925.

L. A. Cranston, for plaintiff in error.   J. E. Harris, State's Attorney, for defendant in error.

Mr. Presiding Justice Higbee delivered the opinion of the court.